**144**

**Frank Thomas BROWN,**
**Plaintiff–Appellant,**

v.

**Theodore THORNTON; Baltimore City**
**Public Schools, Defendants–**
**Appellees.**

**No. 02–1000.**

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 5, 2002.

Decided Feb. 28, 2002.

Frank Thomas Brown, Appellant Pro Se. Brian K. Williams, Assistant General, Westinghouse Electric Corporation, Baltimore, Maryland, for Appellees.

Before WILKINS and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Frank T. Brown appeals the district court's order denying his motion for appointment of counsel filed in his employment discrimination action. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders. 28 U.S.C. § 1292 (1994); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order here appeal-ed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*